

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00216-CV

| | | |
|---|---|---|
| WEST HARWOOD 334B LAND TRUST, KINGMAN HOLDINGS, LLC, TRUSTEE, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-317550-20) |
| V. | § | April 1, 2021 |
| EUGENIE CLEMENT AND ROSEMARY CLEMENT, Appellees | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the amended temporary injunction order of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellees Eugenie Clement and Rosemary Clement shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach